UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| YVONNE CLAYTON | § | |
|---|---|---|
| | § | CIVIL ACTION NO. 4:24-cv-01722 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| DHEDHUDI INC | § | |
| | § | |
| Defendant | § | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i). The issues between the parties and the case in controversy have been resolved. Plaintiff would have filed a Joint Stipulation of Dismissal and sent several to defense counsel for approval, however defense counsel never responded.

DATED: August 22, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　BY:　　*/S/   R. Bruce Tharpe*
　　　　　　　　　　　　　　　　　R. Bruce Tharpe
　　　　　　　　　　　　　　　　　Texas State Bar ID No. 19823800
　　　　　　　　　　　　　　　　　Federal Bar ID 13098

　　　　　　　　　　　　　　　　　**LAW OFFICE OF**
　　　　　　　　　　　　　　　　　**R. BRUCE THARPE, PLLC**
　　　　　　　　　　　　　　　　　PO Box 101
　　　　　　　　　　　　　　　　　Olmito, TX 78575
　　　　　　　　　　　　　　　　　(956) 255-5111 (Tel)

　　　　　　　　　　　　　　　　　ATTORNEY OF RECORD FOR
　　　　　　　　　　　　　　　　　PLAINTIFF YVONNE CLAYTON

CERTIFICATE OF SERVICE

      I, R. BRUCE THARPE, do hereby certify that on August 22, 2024, this notice was served on all parties of record via the U.S. District Court for the Southern District of Texas electronic case filing system. A copy of this notice was also mailed / emailed to defense counsel at the following address:

Mr. Ted A. Cox
Attorney at Law
2855 Mangum Road, Suite 100A
Houston, Texas 77092-7463

                                  */s/ R. Bruce Tharpe*
                                  R. BRUCE THARPE,
                                  ATTORNEY OF RECORD FOR
                                  PLAINTIFF YVONNE CLAYTON