United States District Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Yvonne Clayton, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-1722 |
| | § | |
| Dhedhudi Inc., | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On August 22, 2024, Plaintiff, Yvonne Clayton, filed a Notice of Voluntary Dismissal (docket no. 8) stipulating to the dismissal of this action against Defendant, Dhedhudi Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 23rd day of August, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE